[No. 5307–1. Division One. July 10, 1978.]

DONALD H. CROUCH, *Appellant,* v. HERMAN E.
HAAKENSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 133245, John E. Rutter, Jr., J.,

entered January 12, 1977. *Reversed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Dore, J.